UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UBS FINANCIAL SERVICES, INC.,                          :

                                                       :      Case No. 12 Civ. 1221 (ALC)

                                  Petitioner,          :

                                                       :

                v.                                     :

                                                       :

DALILA COSTA-LEROY,                                    :

                                                       :

                                  Respondent.          :

                                                       :

-----------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Petitioner UBS Financial Services, Inc., by and through undersigned counsel, hereby

gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal of the above-

captioned action, without prejudice.  Respondent Dalila Costa-Leroy has not served any

responsive pleading to Petitioner's Petition or Amended Petition to Confirm Arbitration Award.


Dated:  New York, New York              Respectfully submitted,
        July 13, 2012
                                        THOMPSON WIGDOR LLP


                                        By:_____
                                            Douglas H. Wigdor
                                            Lawrence M. Pearson

                                        85 Fifth Avenue
                                        New York, New York 10003
                                        Telephone:  (212) 257-6800
                                        Facsimile:  (212) 257-6845

                                        *Counsel for Petitioner*