UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DERRICK C. DAVIS,

                       Plaintiff,

         -against-

Commissioner of Social Security,

                       Defendant.
-------------------------------------------------------------------X

12 civ 1221 (JGK)

**ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The Government moved for judgment on the pleadings on January 3, 2013. The

plaintiff's time to respond was due on February 25, 2013. To date there has been no response

from the plaintiff.

The plaintiff shall serve and file papers in response to the motion by **April 5, 2013.**

**Failure to respond to the motion by April 5, 2013 may be grounds for the granting of**

**judgment on the pleadings by default in favor of the Government; the case may be**

**dismissed for failure to prosecute and the plaintiff will have no trial.**

The Government shall serve and file any reply papers by **April 19, 2013.**

**SO ORDERED.**

                                        _____
                                          **JOHN G. KOELTL**
                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 22, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. ___3/25/13___